IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| State of Ohio, | : | |
| Plaintiff, | : | Case No. 3:09-cv-99 |
| - vs - | : | Chief Judge Susan J. Dlott<br>Magistrate Judge Michael R. Merz |
| Larry E. Ealy, | : | |
| Defendant. | : | |

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff Larry E. Ealy is barred from filing any cases in this Court *in forma pauperis* without the express prior written permission of the Chief Judge unless the filing is made on his behalf by a member of the bar of this Court.

April 24th, 2009.

_____
Chief Judge Susan J. Dlott
United States District Court